# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY, DAIICHI SANKYO CO., LTD., DAIICHI SANKYO, INC., and UBE INDUSTRIES, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ACCORD HEALTHCARE, INC. USA, *et al.*, <br><br> Defendants. | Civil Action No. 1:14-cv-00389-SEB-TAB |

## PLAINTIFFS' AMENDED MOTION TO CONSOLIDATE

On June 11, 2014, Plaintiffs Eli Lilly and Company, Daiichi Sankyo Co., Ltd., Daiichi Sankyo, Inc., and Ube Industries, Ltd. (collectively, "Plaintiffs") filed a motion to consolidate this matter with both *Eli Lilly & Company, et al. v. Par Pharmaceutical Companies, Inc. and Par Pharmaceutical, Inc.*, 1:14-cv-00109-SEB-TAB ("the Par Case") and *Eli Lilly & Company, et al. v. Apotex Corp. and Apotex Inc.*, 1:14-cv-00586-SEB-TAB ("the Apotex Case") for all purposes. *See* Dkt. 216 (1:14-cv-00389-SEB-TAB). Because it had the earliest case number, Plaintiffs requested in their consolidation motion that the Par Case be designated the lead case following consolidation. Since the consolidation motion was filed, Par Pharmaceutical Companies, Inc. and Par Pharmaceutical, Inc. (collectively, "Par") converted their paragraph IV certifications as to U.S. Patent Nos. 8,404,703 and 8,569,325 patents to paragraph III certifications. Accordingly, Plaintiffs and Par are filing today Stipulations of Dismissal with respect to Plaintiffs' actions against Par, including a stipulation to dismiss the Par Case.

With the dismissal of the Par case, Plaintiffs now wish to amend their earlier motion for consolidation to state that (1) the cases to be consolidated are the present action and the Apotex Case, but not the Par Case (because it will be dismissed), and (2) because the present case now has the earliest docket number of the currently active cases, Plaintiffs request that the cases be consolidated under this case number, *i.e.*, Case No. 1:14-cv-00389-SEB-TAB. *See* L.R. 42-1.

The reasons supporting Plaintiffs request for consolidation can be found in Plaintiffs' original motion, which is found at Docket entry 46, Case No. 1:14-cv-00109-SEB-TAB. No party filed an opposition to Plaintiffs' motion to consolidate.

Respectfully submitted,

Dated: July 18, 2014

*/s/ Elise M. Baumgarten*
Jan M. Carroll
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
317-236-1313
jan.carroll@btlaw.com

Bruce R. Genderson
Adam L. Perlman
Ellen E. Oberwetter
Dov P. Grossman
Elise M. Baumgarten
Carol J. Perry
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000 (telephone)
bgenderson@wc.com
aperlman@wc.com
eoberwetter@wc.com
dgrossman@wc.com
ebaumgarten@wc.com
cperry@wc.com
*Attorneys for Plaintiffs*
*Eli Lilly and Company, Daiichi Sankyo Co., Ltd., Daiichi Sankyo, Inc., and Ube Industries, Ltd.*

# CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2014, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| *Par Pharmaceutical Companies, Inc. and Par Pharmaceutical, Inc.:* | *Watson Laboratories, Inc., Actavis PLC, Actavis, Inc., Actavis Pharma, Inc., Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals of New York, LLC, Amneal Pharmaceuticals Co. India Pvt. Ltd., Sun Pharma Global FZE, Caraco Pharmaceutical Laboratories, Ltd., Sun Pharma Global Inc., Sun Pharmaceutical Industries, Ltd., Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, Ltd.* | *Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.:* |
|---|---|---|
| James Dimos<br>Matthew Roy Schantz<br>Frost Brown Todd LLC<br>jdimos@fbtlaw.com<br>mschantz@fbtlaw.com<br><br>Michael J. Freno<br>Seed Intellectual Property Law Group PLLC<br>mikef@seedip.com | Alice McKenzie Morical<br>Amanda L.B. Mulroony<br>Hoover Hull LLP<br>amorical@hooverhull.com<br>amulroony@hooverhull.com<br><br>Charles B. Klein<br>Eimeric Reig-Plessis<br>Lesley M. Hamming<br>Maureen L. Rurka<br>Samuel S. Park<br>Winston & Strawn LLP<br>cklein@winston.com<br>ereigplessis@winston.com<br>lhamming@winston.com<br>mrurka@winston.com<br>spark@winston.com | Stephen E. Arthur Harrison & Moberly, LLP<br>sarthur@harrisonmoberly.com<br><br>William L. Mentlik<br>Paul Kochanski<br>Keir J. LoIacono<br>Roy H. Wepner<br>Lerner David Littenberg Krumholz & Mentlik LLP<br>wmentlik@ldlkm.com<br>pkochanski@ldlkm.com<br>kloiacono@ldlkm.com<br>rwepner@ldlkm.com |

| *Glenmark Generics Inc., USA, Glenmark Generics Ltd., Glenmark Pharmaceuticals Ltd.*<br><br>Kevin M. Nelson<br>Patrick Gallagher<br>Duane Morris LLP<br>kmnelson@duanemorris.com<br>pgallagher@duanemorris.com<br><br>Robert S. Prostko<br>Thomas J. Costakis<br>Krieg DeVault LLP<br>rprostko@kdlegal.com<br>tcostakis@kdlegal.com | *Mylan Inc., Mylan Pharmaceuticals, Inc. and Mylan Laboratories Limited:*<br><br>Jeremy N. Gayed<br>Barrett & McNagny, LLP<br>jng@barrettlaw.com<br><br>Deepro Mukerjee<br>Alston & Bird LLP<br>deepro.mukerjee@alston.com | *Zydus Pharmaceuticals USA, Inc. and Cadila Healthcare Ltd.*<br><br>Peter Jon Prettyman<br>Jonathan G. Polak<br>Taft Stettinius & Hollister LLP<br>pprettyman@taftlaw.com<br>jpolak@taftlaw.com<br><br>Steven J. Moore<br>Vincent P. Rao<br>Kelley Drye & Arren LLP<br>smoore@kelleydrye.com<br>vrao@kellydrye.com |
| --- | --- | --- |
| *Aurobindo Pharma Limited and Aurobindo Pharma USA Inc.*<br><br>Sally F. Zweig<br>Katz & Korin P.C.<br>szweig@katzkorin.com<br><br>Anuj K. Wadhwa<br>Erin M. Forbes<br>Rakoczy Molino Mazzochi & Siwik LLP<br>awadhwa@rmmslegal.com<br>eforbes@rmmslegal.com | *Hetero USA Inc., Hetero Labs Limited, Hetero Labs Limited Unit V and Hetero Drugs Ltd.:*<br><br>James M. Hinshaw<br>Briana Lynn Clark<br>Bingham Greenebaum Doll LLP<br>jhinshaw@bgdlegal.com<br>bclark@bgdlegal.com<br><br>Steven M. Coyle<br>Christopher A. Potts<br>Cantor Colburn LLP<br>scoyle@cantorcolburn.com<br>cpotts@cantorcolburn.com | *Accord Healthcare Inc., USA, Accord Healthcare, Inc., Intas Pharmaceuticals LTD:*<br><br>Azy Kobaki<br>Michael R. Dzwonczyk<br>Sughrue Mion, PLLC<br>mdzwonczyk@sughrue.com<br><br>James W. Riley, Jr.<br>Riley Bennett & Egloff LLP<br>jriley@rbelaw.com |

*/s/ Elise M. Baumgarten*

Elise M. Baumgarten