UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY, DAIICHI SANKYO CO., LTD., DAIICHI SANKYO, INC., UBE INDUSTRIES, LTD.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MYLAN PHARMACEUTICALS, INC., MYLAN, INC., MYLAN LABORATORIES, LTD., et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>) CIVIL ACTION<br>)　NO. 1:14-CV-00389-SEB-TAB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ORAL ARGUMENT**

COME NOW Defendants, Mylan, Inc., Mylan Pharmaceuticals, Inc., and Mylan Laboratories Limited (collectively, "Mylan"), and, for their Motion for Oral Argument, state as follows:

1.　On May 2, 2014, Mylan filed a Motion to Dismiss Plaintiffs' claims against them for lack of personal jurisdiction.  [Docket No. 150].

2.　On October 31, 2014, Plaintiffs filed a Response to Mylan's Motion to Dismiss. [Docket No. 272].

3.　Mylan's Reply to Plaintiffs' Response to Mylan's Motion to Dismiss is due November 17, 2014.

4.　This case presents novel and complex questions surrounding personal jurisdiction in Abbreviated New Drug Application (ANDA) infringement litigation,

and Mylan proposes that oral argument on the factual and legal issues would assist the Court in making a determination on the Defendants' Motion to Dismiss.

     5.     Approximately thirty minutes per side is reasonably needed for oral argument.

     6.     This Motion is not being made for purposes of delay and will not affect any other deadlines.

WHEREFORE, Defendants, Mylan, Inc., Mylan Pharmaceuticals, Inc., and Mylan Laboratories Limited respectfully request that this Honorable Court grant this Motion and schedule oral argument on the Defendants' Motion to Dismiss and for all other just and proper relief.

          Respectfully submitted,

          BARRETT & McNAGNY LLP

          By:   /s/ Jeremy N. Gayed
              Jeremy N. Gayed
              215 East Berry Street
              P.O. Box 2263
              Fort Wayne, IN 46801
              Telephone:  (260) 423-9551
              Facsimile:  (260) 423-8920
              E-mail: jng@barrettlaw.com

ALSTON & BIRD LLP

James C. Grant
Jonathan D. Parente
One Atlantic Center
1201 W. Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7859
Facsimile: (404) 881-7777
E-mail: jim.grant@alston.com

jonathan.parente@alston.com

ALSTON & BIRD LLP

Deepro R. Mukerjee
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9569
Facsimile: (212) 210-9444
E-mail: deepro.mukerjee@alston.com

*Attorneys for Defendants, Mylan Inc.,
Mylan Pharmaceuticals, Inc.,
and Mylan Laboratories Limited*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of November, 2014, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

                                      /s/ Jeremy N. Gayed
                                      Jeremy N. Gayed