UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |  |
|---|---|---|
| ELI LILLY AND COMPANY et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 1:14-cv-00389-SEB-TAB |
| ACCORD HEALTHCARE INC., USA, et al., APOTEX CORP. and APOTEX INC., PANACEA BIOETC, LTD., and FIRST TIME US GENERICS, LLC, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

> Motion granted. However, the Court cannot agree to redactions before seeing what specifically is sought to be redacted. Plaintiffs shall publicly file their redacted brief/exhibits within ten days, and the Court will then review these redactions to determine whether those portions of the brief/exhibits shall remain under seal.
> Tim A. Baker
> U.S. Magistrate Judge
> November 26, 2014

## MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFFS' OPPOSITION TO MYLAN DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Plaintiffs Eli Lilly and Company, Daiichi Sankyo Co., Ltd., Daiichi Sankyo, Inc., and Ube Industries, Ltd., ("Plaintiffs"), by and through their counsel, respectfully move for leave to file under seal Plaintiffs' Opposition to Mylan Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and accompanying exhibits.

In support of this motion, Plaintiffs state as follows:

1. While the parties continue to negotiate the terms of a Protective Order, Plaintiffs and Mylan entered into an interim agreement on September 9, 2014, that would govern the handling of their confidential documents and information pending entry of a Protective Order. *See* Attachment A. The interim agreement provides for filing under seal any documents containing the parties' confidential information, as well as other protections for such confidential information.